# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM JAMES GARDNER,
Appellant,
vs.
ISIDRO BACA, WARDEN,
Respondent.

No. 71391

**FILED**

JUL 1 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appellant William Gardner's April 22, 2016, postconviction petition for a writ of habeas corpus (credits). First Judicial District Court, Carson City; William A. Maddox, Senior Judge.

Gardner challenged the computation of time served as it applied to his parole eligibility. In response to an order of this court, the attorney general advises that Gardner has no additional sentences left to serve and has been released on parole. Because a parole hearing was the only relief available to Gardner, he has in fact been granted parole, and no statutory authority or case law permits a retroactive grant of parole, *see Niergarth v. Warden*, 105 Nev. 26, 29, 768 P.2d 882, 884 (1989), Gardner's claim is moot. *See Johnson v. Dir., Nev. Dep't. of Prisons*, 105 Nev. 314, 316, 774 P.2d 1047, 1049 (1989). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-23004

cc: Chief Judge, The First Judicial District Court
Hon. William A. Maddox, Senior Judge
William James Gardner
Attorney General/Carson City
Carson City Clerk